UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO BANK N.A., <br><br> Plaintiff, <br><br> v. <br><br> BRING TRANSPORT INC, et al., <br><br> Defendants. | No. 1:24-cv-00809-KES-EPG <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br><br> Docs. 12, 26 |

On September 26, 2024, following the Clerk's entry of default, Doc. 10, plaintiff BMO Bank N.A filed a motion for default judgment. Doc. 12. The motion for default judgment was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 27, 2025, the assigned magistrate judge entered findings and recommendations, recommending that the motion for default judgment be denied without prejudice due to plaintiff's failure to establish proper service on either defendant, that the Clerk's entry of default be vacated, and that a new deadline be set for plaintiff to serve defendants. Doc. 26. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. *Id.* at 7–8. Plaintiff did not file any objections, and the deadline to do so has expired.

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations entered on February 27, 2025, Doc. 26, are adopted;[1]
2. Plaintiff's motion for default judgment filed September 26, 2024, Doc. 12, is denied without prejudice; and
3. The Clerk's entry of default on August 26, 2024, Doc. 10, is vacated due to plaintiff failing to establish service on defendants.
4. This Order does not address the Clerk's entry of default on June 3, 2025, Doc. 30, or plaintiff's renewed motion for default judgment filed July 9, 2025, Doc. 32, which remains pending before the assigned magistrate judge.

IT IS SO ORDERED.

Dated:   July 27, 2025

UNITED STATES DISTRICT JUDGE

---

[1] The recommendation that plaintiff be given 90 days from the date of entry of this Order to serve defendants has been rendered moot due to plaintiff having filed new proofs of service as to the defendants after the findings and recommendations were issued. Docs. 27, 28.

2