UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO BANK N.A., <br><br> Plaintiff, <br><br> v. <br><br> BRING TRANSPORT INC, et al., <br><br> Defendants. | No. 1:24-cv-00809-KES-EPG <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br><br> Docs. 32, 38 |

On July 9, 2025, following the Clerk's entry of default, Doc. 30, plaintiff BMO Bank N.A filed a motion for default judgment.  Doc. 32.  The motion for default judgment was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 10, 2025, the assigned magistrate judge entered findings and recommendations, recommending that the motion for default judgment be granted, in part. Doc. 38.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  *Id.* at 14.  On October 22, 2025, plaintiff filed a declaration indicating its non-opposition to the findings and recommendations and stating that it served the findings and recommendations on defendants on September 11, 2025.  Doc. 40.  To date, no objections have been filed and the time to do so has passed.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations entered on September 10, 2025, Doc. 38, are adopted in full.

2. Plaintiff's motion for default judgment, Doc. 32, is granted, in part as follows:

   a. Judgment shall be entered in favor of plaintiff BMO Bank N.A. against defendants Bring Transport Inc and Gurpreet Singh Bring only as to plaintiff's breach of contract claims.

   b. Plaintiff is awarded $83,490.24 total in monetary relief.

   c. Plaintiff is awarded $4,717.50 in attorney's fees and $851.80 in costs as part of the total award of $83,490.24.

   d. Plaintiff is awarded prejudgment interest accrued at the daily rate of $33.69 for each day after June 4, 2025, for a total of $4,817.67 as of October 25, 2025.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 25, 2025

_____
UNITED STATES DISTRICT JUDGE

2